HUNTER HENDERSON, Liquidator, Bank of Ybor City, for the Use of G. R. Ferlita, v. PAOLA FICARROTTA, et al., Trading as FLORIDA MACARONI CO.

151 So. 380.
Special Division B.
Opinion Filed December 15, 1933.

T. B. Castiglia and E. B. Drumright, for Plaintiff in Error;

Thomas Palmer, for Defendants in Error.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the order herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said order; it is, therefore, considered, ordered and adjudged by the Court that the said order of the circuit court be, and the same is hereby affirmed.

For other opinions and orders covering this case see Farlita v. Figarrota, 107 Fla. 489, 145 Sou. 605, 607; Ferlita v. Figarrota, decided at the present term.

Davis, C. J., and Whitfield and Buford, J. J., concur.